# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| v. | on Criminal Complaint |
| **WILLIAM C. ADAMS** | CASE NUMBER **25-mj-197** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 2:00:47 |
| Hearing Held: December 11, 2025 | Hearing Ended: 2:07:00 |

**Appearances:**

UNITED STATES OF AMERICA by: Erica Lounsberry, Bill Berens
WILLIAM C. ADAMS, in person, and by: John Campion ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☐ **Preliminary Hearing/Arraignment and Plea set for Date at Time**

Maximum Penalties:
18:1591(a)(1), (b)(1) and (b)(2) Sex Trafficking of a child: IMPRISON: 10 years-Life; FINE: $250,000; S.R.: 5 years to Life; S.A.: $100. The Sex Trafficking of a child by force, fraud, coercion: IMPRISON: minimum of 15 years; $250,000; S.R.: 5 years to Life; S.A.: $100.

18:1591(d): IMPRISON: 25 years; FINE: $250,000; S.R.: 5 years – Life; S.A.: $100.

18:1594(c): IMPRISON: maximum of Life; FINE: $250,000; S.R.: 5 years – Life; S.A.: $100.

18:2421(a): IMPRISON: maximum 10 years; FINE: $250,000; S.R.: 3 years; S.A.: $100.

GOVT will be seeking detention, but asking today for a 3-day hold. Defense has no objection.

**Bond Status:**
☑     Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
       Detention Hearing set for: **Monday, December 15, 2025 at 10:30 A.M.**

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.