AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
| v. | ) |
| William C. ADAMS | ) Case No. 25 MJ 197 |
| (DOB XX/XX/1981) | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* William C. ADAMS (DOB XX/XX/1981),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

violations of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2) (sex trafficking of a child and/or by force, fraud, or coercion); 1591(d) (obstruction or interference with sex trafficking enforcement); 1594(c) (conspiracy to commit sex trafficking); and 2421(a) (interstate transportation for prostitution)

Date: 12/04/2025

*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/25, and the person was arrested on *(date)* 12/10/25
at *(city and state)* Chicago, IL.

Date: 12/11/25

Katherine L. Sadler
*Arresting officer's signature*

KATHRINE SADLER    SPECIAL AGENT.
*Printed name and title*